

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Efrain Misael Curiel-Castaneda | Civil Action No.   25-cv-3519-LL-VET |
| Plaintiff, | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition for Writ of Habeas Corpus is GRANTED. Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this order.

Date:   1/7/26

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  B. Chandler

B. Chandler, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  25-cv-3519-LL-VET

Respondents:

Christopher LaRose,
Senior Warden, Otay Mesa Detention Center;

Patrick Divver,
Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement;

Todd M. Lyons,
Acting Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security;

Kristi Noem,
Secretary, U.S. Department of Homeland Security;

Pamela Jo Bondi,
Attorney-General, U.S. Department of Justice